UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>ANDREW GREENHUT,<br>　　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO.: 19-10782 |

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the Meeting of Creditors scheduled for April 10, 2019 in the above-captioned matter has been rescheduled. The Meeting of Creditors shall now take place on Wednesday, May 1, 2019 at 10:00 AM in Room 325, U.S. Trustee Meeting Room, J.W. McCormack Post Office & Court House at 5 Post Office Square in Boston, Massachusetts.

Date: March 28, 2019　　　　　　　　　　　*/s/ Richard N. Gottlieb, Esq.*
　　　　　　　　　　　　　　　　　　　　Richard N. Gottlieb, Esq. BBO#: 547970
　　　　　　　　　　　　　　　　　　　　Law Offices of Richard N. Gottlieb
　　　　　　　　　　　　　　　　　　　　Ten Tremont Street
　　　　　　　　　　　　　　　　　　　　Suite 11, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　rnglaw@verizon.net
　　　　　　　　　　　　　　　　　　　　(617) 742-4491

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>ANDREW GREENHUT,<br>                    Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO.: 19-10782 |

**CERTIFICATE OF SERVICE FOR**
**NOTICE OF RESCHEDULED MEETING OF CREDITORS**

I, Richard N. Gottlieb, Esq., hereby certify that I have this day served a copy of the Notice of Rescheduled Meeting of Creditors upon the persons listed below, by first-class mail, postage paid or, where indicated, by the Court's CM/ECF electronic messaging System.

Date: March 28, 2019          /s/ Richard N. Gottlieb, Esq.
                              Richard N. Gottlieb, Esq. BBO#: 547970
                              Law Offices of Richard N. Gottlieb
                              Ten Tremont Street
                              Suite 11, 3rd Floor
                              Boston, Massachusetts 02108
                              rnglaw@verizon.net
                              (617) 742-4491

**Parties Served**:

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
(Served via CM/ECF)

**Barclays Bank Delaware**
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Chase Card Services**
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Christopher and Andrea Haas**
164R Summer Street
Arlington, MA 02474

**Deborah G. Hankinson, Esq.**
HANKINSON, PLLC
750 N. St. Paul Street, Ste. 1800
Dallas, TX 75201

**Elan Financial Service**
Attn: Bankruptcy
4801 Frederica Street
Owensboro, KY 42301

**Gita Srivastava**
5439 Edgehollow Place
Dallas, TX 75287

**Gloria and Alan Greenhut**
1560 45th Street
Brooklyn, NY 11219

**Harriet O'Neill , Esq.**
LAW OFFICE OF HARRIET O'NEILL, PC
919 Congress, Suite 1400
Austin, TX 78701

**Ike Vanden Eykel, Esq.**
KOONSFULLER, P.C.
1717 McKinney Ave., Suite 1500
Dallas, TX 75202

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Israel Suster, Esq.**
The Suster Law Group, PLLC
1316 Village Creek Drive, Suite 500
Plano, TX 75093

**Mass. Dept. of Revenue**
P.O. Box 9564
Boston, MA 02204

**Rick Thompson, Esq.**
KELLY, DURHAM & PITTARD L.L.P.
2223 W. Jefferson Boulevard
Dallas, TX 75208

**Rtn Federal Credit Union**
600 Main St
Waltham, MA 02452

**Wallace B. Jefferson, Esq.**
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND
515 Congress Avenue, Ste. 2350
Austin, TX 78701-3562