UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re

ANDREW GREENHUT,

Debtor.

Chapter 13
Case No. 19-10782-JNF

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Alex F. Mattera and the law firm of Partridge Snow and Hahn LLP hereby appear for **Gita Srivastava** in the above-captioned proceeding, and request that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answering and reply papers, and notice of all hearings or other proceedings, whether transmitted by mail, hand-delivery, telephone, telegraph, telex or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

Alex F. Mattera
Partridge Snow and Hahn LLP
30 Federal Street
Boston, MA  02110
Telephone:  (857) 214-3118
Facsimile:  (617) 292-7910
Email:        amattera@psh.com

/s/  Alex F. Mattera
Alex F. Mattera, BBO No. 641760
Partridge Snow and Hahn LLP
30 Federal Street
Boston, MA  02110
Telephone:  (857) 214-3118
Facsimile:  (617) 292-7910
Email:        amattera@psh.com

Dated:  April 4, 2019