UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **GREENHUT, Andrew**<br>SS# xxx-xx-2515<br>Debtor | Chapter 13<br>Case No. 19-10782-JNF |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Amended Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On May 1, 2019, the Trustee convened the §341 meeting of creditors at which the Debtor was present with counsel. The Trustee cannot recommend the Plan for confirmation.

2. In Part 5.A, the Debtor lists general unsecured claims in the sum of $385,787.24, however under the Total Nonpriority Unsecured Claims the Debtor lists $387,343.93. The Plan is inconsistent.

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated:  May 6, 2019

                          Respectfully submitted,
                          By: /s/ Carolyn Bankowski
                          Carolyn Bankowski, BBO#631056
                          Patricia A. Remer, BBO#639594
                          Standing Chapter 13 Trustee
                          Office of the Chapter 13 Trustee
                          PO Box 8250
                          Boston, MA  02114
                          (617) 723-1313
                          13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br>    **GREENHUT, Andrew**<br>    **SS# xxx-xx-2515**<br>        **Debtor** | **Chapter 13**<br>**Case No. 19-10782-JNF** |

## Certificate of Service

The undersigned hereby certifies that on May 6, 2019, a copy of the Trustee's Objection to Debtors' Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtors and debtors counsel at the addresses set forth below.

Andrew Greenhut
21 Kingston Street
Somerville, MA 02144

Richard N. Gottlieb
Law Offices of Richard N. Gottlieb
Ten Tremont Street
Suite 11, 3rd Floor
Boston, MA 02108


/s/ Carolyn Bankowski