UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>ANDREW GREENHUT,<br><br>Debtor. | Chapter 13<br>Case No. 19-10782-FJB |

**OBJECTION OF CREDITOR GITA SRIVASTAVA
TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

Gita Srivastava ("Srivastava"), the holder of divorce-related claims against Andrew Greenhut (the "Debtor"), hereby objects to confirmation of the Debtor's First Amended Chapter 13 Plan dated May 6, 2019 [Doc. No. 26] (the "Amended Plan"). In support of this Objection, Srivastava represents as follows:

1. The Amended Plan includes Srivastava's claim in the amount of $164,500.00.

2. Srivastava has filed an amended claim in the amount of $290,749.17.

3. The Amended Plan fails to adequately address Srivastava's claims.

WHEREFORE, for the foregoing reasons, Srivastava requests that this Honorable Court enter an order: (i) sustaining this Objection; (ii) denying confirmation of the Amended Plan; and (iii) granting Srivastava such other and further relief as just and necessary.

Respectfully submitted,

GITA SRIVASTAVA,

By her attorneys,

/s/ Alex F. Mattera
Alex F. Mattera, BBO No. 641760
Partridge Snow & Hahn LLP

        30 Federal Street
        Boston, MA  02110
        Telephone:  (857) 214-3118
        Facsimile:   (617) 272-7910
        Email:        amattera@psh.com

Dated:  June 5, 2019