UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: GREENHUT, Andrew                         Chapter 13
SSN xxx xx 2515                                 Case No. 19-10782-FJB

## MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
## NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1. On March 12, 2019, the above-captioned debtor (the "Debtors") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On May 1, 2019, the Trustee convened and presided at a meeting of creditors. The Plan is not feasible.

3. The Plan provides for the unsecured claims totaling $385,787.24 to receive dividend of 27.17% which total $104,835.00. However, the unsecured claims filed total $516,151.64.

4. The Trustee asserts that the Debtors' failure to file a confirmable Plan constitutes unreasonable delay that is prejudicial to creditors and is grounds for dismissal pursuant to 11 U.S.C sec. 1307(c).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case with prejudice.

Respectfully Submitted,
By: /s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO #631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Dated: June 28, 2019

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   GREENHUT, Andrew                         Chapter 13
SSN xxx xx 2515                                   Case No. 19-10782-FJB

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed

Dated: _____

U.S. Bankruptcy Judge

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   GREENHUT, Andrew                                    Chapter 13
         SSN xxx xx 2515                                     Case No. 19-10782-FJB

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty one (21) days of the date hereof.   If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated:  June 28, 2019

                                          /s/ **Carolyn A. Bankowski**
                                         Carolyn A. Bankowski

SERVICE LIST

| | |
|---|---|
| Andrew Greenhut<br>21 Kingston Street<br>Somerville, MA 02144 | Richard N. Gottlieb<br>Law Offices of Richard N. Gottlieb<br>Ten Tremont Street<br>Suite 11, 3rd Floor<br>Boston, MA 02108 |

km