UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| ANDREW GREENHUT | ) | Case No. 19-10782-FJB |
|     Debtor | ) | |
| ------------------------------------------- | | |

## NOTICE OF APPEARANCE

I, Gary W. Cruickshank, pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and MLBR 9010-1, hereby file my notice to appear on behalf of Alan and Gloria Greenhut, Creditors of the above Debtor. Request is hereby made that the undersigned be served with copies of all notices, pleadings and documents filed in this adversary proceeding.

    Alan and Gloria Greenhut
    By their Counsel,

Dated: July 16, 2019      /s/Gary W. Cruickshank, Esq.
    21 Custom House Street
    Suite 920
    Boston MA 02110
    (617)330-1960
    (BBO107600)
    gwc@cruickshank-law.com

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on July 16, 2019, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Notice and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Carolyn Bankowski-13-12**   13trustee@ch13boston.com
- **John Fitzgerald**   USTPRegion01.BO.ECF@USDOJ.GOV
- **Richard N. Gottlieb**   rnglaw@verizon.net, r39800@notify.bestcase.com
- **Alex F. Mattera**   amattera@psh.com

/s/Gary W. Cruickshank, Esq.