UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>ANDREW GREENHUT,<br>                Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO.: 19-10782 |

## STATEMENT OF DEBTOR CONCERNING MEDIATION

NOW COMES, the Debtor, Andrew Greenhut, and hereby reports that the Debtor, Creditors Gloria and Alan Greenhut and Creditor Gita Srivastava, after consultations with their respective counsels, were not able at this time to arrive at an agreement to commit the contested matters presently before the Court in the above-captioned Chapter 13 case to mediation.

                                              Respectfully submitted,

                                              ANDREW GREENHUT, Debtor
                                              By his Attorney,

Date:  9/26/2019                      */s/ Richard N. Gottlieb, Esq.*
                                              Richard N. Gottlieb, Esq. BBO# 547970
                                              Law Offices of Richard N. Gottlieb
                                              Ten Tremont Street
                                              Suite 11, 3rd Floor
                                              Boston, MA 02108
                                              (617) 742-4491
                                              rnglaw@verizon.net

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>ANDREW GREENHUT,<br>　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO.: 19-10782 |

### CERTIFICATE OF SERVICE

I, Richard N. Gottlieb, Esq., do hereby certify that I have this day served a copy of the Statement of Debtor Concerning Mediation, by First-class mail postage paid and/or electronically via the CM/ECF Electronic Messaging System on the persons listed below.

Date: September 26, 2019　　　　　*/s/ Richard N. Gottlieb, Esq.*
　　　　　　　　　　　　　　　　Richard N. Gottlieb, Esq. BBO # 547970
　　　　　　　　　　　　　　　　Law Offices of Richard N. Gottlieb
　　　　　　　　　　　　　　　　Ten Tremont Street
　　　　　　　　　　　　　　　　Suite 11, 3rd Floor
　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　(617) 742-4491
　　　　　　　　　　　　　　　　rnglaw@verizon.net

**PERSONS SERVED:**

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
(Served via CM/ECF)

**Alex Mattera, Esq.**
Partridge, Snow and Hahn, LLP
Counsel to Gita Srivastava
(Served via CM/ECF)

**Gary W. Cruickshank, Esq.**
Counsel for Alan and Gloria Greenhut
(Served via CM/ECF)