*OLF 17 (Official Local Form 17 Cover Sheet)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re  Andrew Greenhut,           Case No.   19-10782

         Debtor(s)           Chapter 13

**APPLICATION BY ATTORNEY FOR THE DEBTOR(S) FOR COMPENSATION**
**UNDER 11 U.S.C. § 330(a) AND MLBR APPENDIX 1, RULE 13-7(f)(1)**

**[COVER SHEET]**

Filing Date: March 12, 2019

                    Case No.: 19-10782

Confirmation Date: _____

Debtor: Andrew Greenhut           Joint Debtor: _____

Address: 21 Kingston Street           Address: _____
Somerville  MA 02144

Special Counsel for Debtor(s): Charles "Chad" Baruch  BBO#  N/A

Address: 12377 Merit Drive, Suite 880, Dallas, TX 75251

Telephone: (214) 741-6260           Facsimile (fax): (214)741-6248

The Application for Compensation submitted for approval by: Special Counsel

(Attorney for the Debtor(s); Special Counsel to the Debtor(s)).

Prior Application(s) filed (Y/N): N
If yes, provide date of Order approving: _____
If yes, provide total amount approved:           $_____
Payments to date:           $_____

Dates for which compensation is sought (ex. 1/1/2019-6/1/2019): 10/28/2019-11/23/2019

Fees sought in the sum of:           $9,989.71
Expenses sought in the sum of:           $10.29
Total Fees and Expenses:           $10,000.00

**Pursuant to Rule 13-7, objections to the Application for Compensation must be**
**filed within twenty-one (21) days of service unless the Court orders otherwise.**

*OLF 17 (Official Local Form 17)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re   Andrew Greenhut

Case No. **19-10782**

Chapter 13

Debtor(s)

## APPLICATION BY ATTORNEY FOR THE DEBTOR(S) FOR COMPENSATION
## UNDER 11 U.S.C. § 330(a) AND MLBR APPENDIX 1, RULE 13-7(f)(1)

Now comes <u>Charles "Chad" Baruch</u> as attorney for the debtor(s) (each and together the "Applicant"), and pursuant to 11 U.S.C. § 330(a), Fed. R. Bankr. P. 2016, and MLBR Appendix 1, Rule 13-7(f)(1) respectfully submits the within Application for Compensation seeking approval of compensation in the sum of $10,000.00. In support of the application, the Applicant submits the following:

1.    On <u>03/12/2019</u>, the debtor(s) commenced a chapter 13 proceeding in the United States Bankruptcy Court for the District of Massachusetts.

2.    The Applicant attaches hereto as Exhibit 1, in conformance with the provisions of MLBR 2016-1 and MLBR Appendix 1, Rule 13-7, a contemporaneous time record and expense report describing the specific services performed each day by each person.

3.    The Applicant has rendered the services described in Exhibit 1 and has actually expended time without compensation except as disclosed in the form entitled "Disclosure of Compensation of Attorney for Debtor" pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) filed with the Bankruptcy Court or in accordance with the provisions of a confirmed chapter 13 Plan.

4.    The Applicant requests that compensation be allowed in the sum of $9,989.71 for services to date and in the sum of <u>$10.29 for</u> expenses to date, for a total of <u>$10,000.00</u> Payment shall consist of (i) the funds received as a retainer in the amount of $ <u>10,000.00</u>

5.    The Applicant attaches as Exhibit 2 a brief narrative description of services in support of the compensation requested.

Wherefore, the Applicant prays that this Honorable Court enter an Order allowing the fees and expenses as requested herein in the sum of $10,000.00 _____ and for such further relief as is appropriate.

Dated:                                                    Respectfully Submitted,


/s/ *Charles "Chad" Baruch*

| | |
|---|---|
| Printed Name | Charles "Chad" Baruch |
| Address | 12377 Merit Drive, Suite 880 |
| | Dallas, Texas 75251 |
| TX Bar No. | 01864300 |
| Telephone | (214) 741-6260 |
| Email | chad@jtlaw.com |

# EXHIBIT 1

## Detailed Record of Time Spent

## (Invoice)

Johnston Tobey Baruch P.C.
12377 Merit Drive, Suite 880
Dallas, Texas 75251
(214) 741-6260

Page: 1
12/18/2019

Andrew Greenhut
21 Kingston St.
Somerville  MA  02144

Our file No.    9087-101M
STATEMENT NO:    7177

Bill of Review Appeals

| Date | | | | Hours | |
|------|----|----|----|----|----|
| 10/28/2019 | CEB | Review Petitioner's Brief on the Merits; review record portions; drafting work on Statement of Facts | | 2.60 | |
| | CEB | Legal research and drafting work on Respondent's Brief on the Merits | | 6.50 | |
| 10/30/2019 | CEB | Continued legal research and drafting work on Respondent's Brief on the Merits | | 10.20 | |
| 10/31/2019 | CEB | Continued legal research and drafting work on Respondent's Brief on the Merits | | 8.00 | |
| 11/23/2019 | CEB | Draft chronology of Texas actions | | 0.40 | |
| | | For current services rendered | | 27.70 | 12,465.00 |

RECAPITULATION

| Initials | Hours | Hourly rate | Total |
|----------|-------|-------------|-------|
| CHAD BARUCH | 27.70 | $450.00 | $12,465.00 |

| | |
|---|---|
| Filing Fee advance | 10.29 |
| TOTAL ADVANCES | 10.29 |

| | |
|---|---|
| Balance Due | $12,475.29 |

Billing History

| | Fees | Hours | EXPENSES | ADVANCES | | Payments |
|---|------|-------|----------|----------|---|----------|
| | 72,039.50 | 161.80 | 516.75 | 4,167.17 | 0.00 | 63,258.13 |
| Write Off | 990.00 | | 0.00 | 0.00 | 0.00 | |

Your Trust Account balance is

| | |
|---|---|
| OPENING BALANCE | $20,000.00 |
| CLOSING BALANCE | $20,000.00 |

'Andrew Greenhut

Bill of Review Appeals

To insure proper payment credit, please record your
Johnston Tobey Baruch Client Number(s) on your check or
return a copy of this bill with your payment check.
        Thank you very much

Visit www.johnstontobey.com to pay by credit card.

Johnston Tobey Baruch, P.C.
12377 Merit Drive, Suite 880
Dallas, Texas 75251
(214) 741-6260

Andrew Greenhut
21 Kingston St.
Somerville  MA  02144

Page: 1
12/27/2019
Our file No.   9087-101M
STATEMENT NO:   7267

Bill of Review Appeals

| | | |
|---|---|---:|
| | Previous Balance before Adjustments | $12,475.29 |
| 12/27/2019 | Fee write off per CEB | -2,475.29 |
| | Previous balance | $10,000.00 |
| | Balance Due | $10,000.00 |

Billing History

| | Fees | Hours | EXPENSES | ADVANCES | | Payments |
|---|---|---|---|---|---|---|
| | 72,039.50 | 161.80 | 516.75 | 4,167.17 | 0.00 | 63,258.13 |
| Write Off | 3,465.29 | | 0.00 | 0.00 | 0.00 | |

Your Trust Account balance is

| | |
|---|---|
| OPENING BALANCE | $20,000.00 |
| CLOSING BALANCE | $20,000.00 |

To insure proper payment credit, please record your
Johnston Tobey Baruch Client Number(s) on your check or
return a copy of this bill with your payment check.
        Thank you very much

Visit www.johnstontobey.com to pay by credit card.

' Andrew Greenhut

Bill of Review Appeals

To insure proper payment credit, please record your
Johnston Tobey Baruch Client Number(s) on your check or
return a copy of this bill with your payment check.
           Thank you very much

Visit www.johnstontobey.com to pay by credit card.

# EXHIBIT 2

## Narrative Description of Services

This fee application seeks approval of fees related to responding to a petition for discretionary review filed in the Supreme Court of Texas. Discretionary review in the Supreme Court of Texas works in most respects like discretionary review in the United States Supreme Court, with one exception. In Texas, the Supreme Court sometimes seeks full briefing on the merits of a case before deciding whether to grant review. That is what happened here.

Well before the filing of this bankruptcy proceeding, Andrew Greenhut filed a bill-of-review action in a Texas state trial court collaterally attacking a final judgment terminating his parental rights. Andrew lost that bill of review proceeding in the trial court. He then filed an appeal with the Dallas Court of Appeals, where he prevailed. The appellate court rendered judgment in Andrew's favor vacating the termination order.

Andrew's ex-wife, Gita Srivastava, then exercised her right to seek discretionary review by the Supreme Court of Texas. In seeking review, Gitq has assembled a formidable team of exceptionally well-known and very expensive lawyers. Her counsel team in the Supreme Court of Texas consists of former Chief Justice of Texas Wallace Jefferson, former Associate Justice Deborah Hankinson, former Associate Justice Harriett O'Neill, and well-know family law specialist Ike Vanden Eykel.

After the time Andrew filed this bankruptcy proceeding, the Supreme Court of Texas requested full briefing on the merits.

During the last few days of October, I spent approximately 30 hours over a period of 3 days researching and preparing Andrew's brief on the merits for the Supreme Court of Texas. That is the work for which I seek payment in this application. I have written off fees of $2.475.29 to stay within the $10,000.00 limitation.

# EXHIBIT 3

## Order Approving Employment of Special Counsel
## and Signed Engagement Letter

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

In Re: Andrew Greenhut                                    **Case/AP Number** 19-10782 -FJB
                                                         **Chapter** 13

> #28 Amended Application of Debtor to Employ Charles 'Chad' Baruch as Special Counsel
> (Richard Gottlieb)
> #37 Response of Gita Srivastava (Alex Mattera)

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Hearing held | | |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | _____ Withdrawn in open court |
| _____ Overruled | _____ Sustained | |
| _____ Continued to | | |

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by_____

_____ No appearance by _____

Show Cause Order _____ Released _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held on July 27, 2019. For the reasons stated on the record, the Debtor's Application
to Employ Charles "Chad" Baruch as Special Counsel is hereby granted. Special counsel's fees,
of course, remain subject to the Court's later determination as to whether the fees should be
authorized and paid. Ms. Srivastava's right to object to those fees is not waived by the
allowance of this motion.

IT IS SO ORDERED:

*Frank J Bailey*

                                                         Dated: 07/02/2019

Frank J. Bailey
United States Bankruptcy Judge

**JOHNSTON
TOBEY
BARUCH**

3308 Oak GroveAve

Dallas, Texas 75204

214.741.6260

September 1, 2017

Andrew Greenhut
20 Brattle Street, Apt. #2
Arlington MA 02476
Via Email: andrew.greenhut@gmail.com

     Re:   *In the Matter of the Marriage of Gita Srivastava and Andrew Greenhut*
           No. 470-05429-2016 and No. 470-01775-2016

Dear Andrew Greennhut:

     This will confirm that you have retained this Firm to represent you as lead counsel on appeal in two appeals (which may be consolidated). The first is the appeal from the order denying your bill of review in No. 470-01775-2016, and the second is the appeal from the order denying your bill of review in No. 470-05429-2016.

     Our representation is limited to this matter and any additional representation on other or unrelated matters will require an additional agreement. Specifically, we are not obligated to perform any work in the trial court other than filing the notice of appeal and record requests, nor are we obligated to file any petition for review in the Supreme Court of Texas. Those representations would require a separate engagement agreement. This letter will summarize the terms upon which the Firm has accepted this representation.

     You are responsible for the payment of our fees and expenses. Fees will be based on time expended by those working on this matter at their usual hourly rates; attached to this letter as Appendix A is an explanation of the usual procedures for hourly charges by the firm.

     You will pay a total retainer of $20,000, to be paid as follows:

          $10,000 upon the execution of this agreement

          $5,000 no later than October 15, 2017

          $5,000 no later than December 1, 2017

     Under our standard procedure, you will be billed in .25 (1/4) hour increments for services performed. These hourly charges will be credited against the retainer, and you will not owe any additional fee to the Firm until such time as the hourly charges exceed the amount of the retainer.

     All charges are on an hourly basis. We will bill against the retainer until it is exhausted. The retainer amounts are not a guarantee or cap as to the amount of the hourly charges for the appeal.

Andrew Greenhut
September 1, 2017
Page 2

You also are responsible for payment or reimbursement of expenses incurred on your behalf in this representation. These include, but are not be limited to, court costs, and the costs of the clerk's record and reporter's record. It is our usual practice to send to clients, for direct payment all invoices from third parties. You are required to pay such invoices promptly upon receipt. The Firm may from time to time, but will not be required to, advance expenses on your behalf, after which it will be your obligation to reimburse the Firm. With regard to the clerk's record and reporter's record, you agree to pay these as they are invoiced by the clerk and court reporter.

During the course of discussions about this matter, we may have provided estimates of the fees and expenses that will be required at certain stages of this representation. It is our policy to advise clients that such estimates are just that, and that future fees and expenses are ultimately a function of many conditions over which we may have little or no control, such as the extent to which the opposition files pretrial motions and engages in discovery. One reason we submit bills on a monthly basis shortly after the services are rendered is so you will promptly know what level of fees and expenses you are incurring. If you believe the costs are mounting too rapidly, please contact us immediately so we can assist you in evaluating whether and how they might be curtailed in the future. When we do not hear from you, we will assume that you approve of the overall level of activity in this case on your behalf.

This will confirm your promise to notify us immediately if at any time in the future you perceive a conflict between you and any other party represented by this firm. If such a situation does develop, you agree not to disclose to us any confidential information that would create a conflict of interest for us with regard to our other clients.

While we do not anticipate the need, we must reserve the right to withdraw from this representation if: (i) a determination is made that a conflict of interest has arisen as a result of representation of you; (ii) you insist that the Firm engage in conduct contrary to the best judgment or advice of the firm; or (iii) you fail to meet your obligations under this Agreement.

We are honored to represent you in this matter, and appreciate the confidence you have shown in our Firm. Of course, you understand that no promises or guarantees as to the outcome of the case could be or have been made.

This agreement shall be construed in accordance with the laws of the State of Texas and all obligations of the parties are performable in Dallas County, Texas. The agreement shall be binding upon, and inure to the benefit of, the parties and their respective heirs, executors, administrators, legal representatives, successors and assigns.

In case any one or more of the provisions contained in this agreement shall be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision, and this agreement shall be construed as if such invalid, illegal or unenforceable provision does not exist.

This agreement constitutes the only agreement of the parties and supersedes any prior understandings or written or oral agreements between the parties respecting the subject matter.

Andrew Greenhut
September 1, 2017
Page 3

If this letter accurately reflects our agreement concerning our Firm's representation of you in this matter, please sign in the place indicated below on the enclosed copy of this letter and return it to our offices. This agreement may be executed in multiple counterparts. By signing this letter, you authorize our Firm to obtain any records relevant to our representation of you in this matter and you represent that you have disclosed and will disclose all relevant information to aid us in this representation.

Please do not hesitate to call me if you have questions about any of the above. We appreciate the opportunity to represent you.

Very truly yours,

Chad Baruch

**AGREED AND APPROVED:**

**ANDREW GREENHUT**

*Andrew Greenhut*   Tel: 617-956-2367

Date: 9/1/2017   Have: 20 Brattle St. Apt 2
Arlington, MA 02476

## Appendix A
### Cases handled on an hourly fee basis

Pursuant to our standard procedure, you will be billed in .25 (1/4) hour increments for services performed. Attorneys work on numerous files during the course of a day and some lack of precision is inherent in billing for time spent on behalf of a client. As a result, your bills will never be an exact calculation of the time spent on your case, but the time charged to your file will always represent a good faith estimate of the actual time spent on your behalf.

The current applicable hourly rates are set out in this appendix. These rates are evaluated and adjusted on an annual basis. We reserve the right, upon thirty (30) days advance notice to you, to adjust these hourly rates. Rates will never be adjusted on your case alone, however. Any adjustment will be the result of a change made firm-wide.

It is not uncommon for more than one lawyer to be working on the same project. This may be because the responsibilities for portions of your case have been divided up among the lawyers in the firm or because lawyers with lower hourly rates have been handling documents and other discovery matters to save you money. This will, however, occasionally result in requiring two lawyers to attend certain hearings, meeting, or depositions. We believe that this

Andrew Greenhut
September 1, 2017
Page 4

ultimately saves you money, as you do not have to pay the higher rates of a more senior lawyer to handle everything on the case. If you object to this, we may not be the firm for you, because this is the way we staff your case.

It is also common for the lawyers in the firm to visit about your case in brainstorming or planning sessions. These discussions are essential to the proper staffing and preparation of your case and are some of the most productive hours spent on your behalf usually. As a result you will be billed for such in-office conferences where your case is discussed among the lawyers.

The Firm bills on a monthly basis and we will provide you with a statement setting forth, in reasonable detail all advances for expenses, and a reasonable description of services rendered by the Firm on your behalf. It has been our experience that extreme detail in fee statements is often not to the client's advantage, as fee statements may end up in the hands of the adversary during litigation. We are of course available at any time to discuss your statements in any detail you wish.

One reason we submit bills on a monthly basis shortly after the services are rendered is so you will promptly know what level of fees and expenses you are incurring. If you believe the costs are mounting too rapidly, please contact us immediately so we can assist you in evaluating whether and how they might be curtailed in the future. When we do not hear from you, we will assume that you approve of the overall level of activity in this case on your behalf.

The Firm requires payment within fifteen (15) days from receipt of your invoice. Accounts become past due 30 days after they were billed. If this is inconvenient at any time, please let us know promptly in advance. Otherwise, we will assume that you can and will comply with these payment obligations.

Applicable Hourly Rates of the Firm's Professionals:

| | |
|---|---|
| Coyt Randal Johnston | $450.00 per hour |
| Robert L. Tobey | $450.00 per hour |
| Charles Baruch | $450.00 per hour |
| Karen Fitzgerald | $350.00 per hour |
| Coyt Johnston, Jr. | $350.00 per hour |
| Legal Assistants | $115.00 per hour |
| Law Clerks | $35.00 per hour |

Thank you for the honor of representing you on your important legal matters.

# EXHIBIT 4

## Attorney Biography and C.V.

## CHAD BARUCH
## JOHNSTON TOBEY BARUCH PC

In 2015, Chad Baruch wrote one of the most acclaimed legal briefs in American history while representing what the *New York Times* called "a glittering array of hip hop stars." The "Hip Hop Brief" received national media coverage, including articles in the *New Yorker, Billboard, Rolling Stone,* and newspapers across the country. One newspaper called it "the greatest amicus brief in Supreme Court history."

But that's hardly Chad's only high-profile appellate work. He also was involved in the case related to the hit movie *Bernie*—a representation that led to him being quoted in newspapers as far away as London, England. He successfully represented the Office of the Dallas County District Attorney in the appeal of contempt conviction against the elected DA, and then served as Special Prosecutor in the appeal of a criminal case involving fraud charges against a high-profile criminal defendant. And while representing the Dallas County Democratic Party, he recently obtained dismissal of a lawsuit filed by the GOP seeking to knock more than 120 candidates off the ballot.

Chad also handles a variety of family law appeals and civil appeals. He has served as lead counsel in civil or family appeals in the Supreme Court of Texas, the Texas appellate courts for Austin, Eastland, Texarkana, Tyler, Dallas, Houston, El Paso, Fort Worth, Waco, and Amarillo, and the United States Courts of Appeals for the Third, Fifth, Seventh, and Eighth Circuits. He has argued several cases before the Supreme Court of Texas, and is board certified in civil appellate law by the Texas Board of Legal Specialization.

Chad is an award-winning speaker on appellate advocacy and legal writing. Chad won the 2015 Gene Cavin Award, presented annually to one Texas attorney for lifetime contributions to continuing legal education. He also won the 2016 Dan Rugeley Price Memorial Award, presented annually to a Texas attorney who exemplifies service to the profession and excellence in legal writing. And he won the 2018 Patrick Wiseman Memorial Award, presented annually to an attorney who has made superior career contributions to the defense of constitutional rights and civil liberties in Texas. Chad has spoken on legal writing at the Texas College for Judicial Studies, the National Summit of Appellate Judges Education Institute, the Annual Conference of Texas Appellate Staff Attorneys, and a host of legal seminars in several states.

Chad also is a leader in the profession, having served on the State Bar Board of Directors, the Executive Committee of the State Bar, and as Chair of the Texas Bar College. In 2017, he was one of two nominated candidates for President-Elect of the State Bar of Texas. Chad has served as men's basketball coach at the University of Dallas and Paul Quinn College.

# CHAD BARUCH
**Johnston Tobey Baruch, P.C.**
**12377 Merit Drive, Suite 880**
**Dallas, Texas 75251**
**chad@jtlaw.com**

*Board Certified in Civil Appellate Law*
*(Texas Board of Legal Specialization)*

## Education

J.D., University of Minnesota Law School
      Royal Stone Scholar

B.A., University of Minnesota (Political Science)
      Recipient, 1988 Sumner Sullivan Young Award for Excellence in Collegiate Debate

Harvard University, Graduate School of Education, Principals Institute

## Professional Awards & Recognitions

2019 Texas Bar College Jim Bowmer Professionalism Award
2017 State Bar of Texas Patrick Wiseman Award
      (for lifetime contributions to defense of constitutional rights in Texas)
2016 Texas Bar Foundation Dan Rugeley Price Memorial Award
      (for contributions to the profession and excellence in legal writing)
2015 State Bar of Texas Gene Cavin Award
      (for lifetime contributions to continuing legal education)
2015 Helen Cassidy Lifetime Achievement Award for Continuing Legal Education
2014 Dallas County District Attorney Salute to Excellence Award
2014 Richard Alderman Award, State Bar of Texas Consumer & Commercial Law Section
2013 Richard Alderman Award, State Bar of Texas Consumer & Commercial Law Section
2013 Helen A. Cassidy Award, State Bar of Texas Appellate Law Section
2012 Helen A. Cassidy Award, State Bar of Texas Appellate Law Section
2011 Helen A. Cassidy Award, State Bar of Texas Appellate Law Section
2009 Helen A. Cassidy Award, State Bar of Texas Appellate Law Section
2008 Helen A. Cassidy Award, State Bar of Texas Appellate Law Section
2008 State Bar of Texas "Standing Ovation" Award
2010 "Pro Bono Champion," Texas Access to Justice Commission
2006 Finalist, Texas Association of Basketball Coaches State Coach of the Year
2002 Honoree for Teaching Excellence, Texas Association of Accredited Private Schools
2002 Honoree for Promotion of Diversity and Tolerance, Southern Poverty Law Center

Thompson Reuters Texas Super Lawyer (2011-2019)
D Magazine Best Lawyers in Dallas (2011-2019)

**Bar Activites and Leadership**

Nominated Candidate, President-Elect, State Bar of Texas (2017)
State Bar of Texas Board of Directors (2007-2010)
State Bar of Texas Executive Committee (2010)
Texas Bar College, Board of Directors (2008-2014)
Chair, Texas Bar College (2015)
Chair, State Bar of Texas Council of Chairs (2011)
Chair, Consumer & Commercial Law Section, State Bar of Texas (2006-2007)
Council Member, Consumer & Commerical Law Section, State Bar of Texas (2008-2017)
Chair, Individual Rights & Responsibilities Section, State Bar of Texas (2007-2009)
Council Member, Individual Rights & Responsibilities Section, State Bar of Texas (2009-2017)
Council Member, Appellate Law Section, State Bar of Texas (2011-2014)
Member, Texas Supreme Court Taskforce to Expand Legal Services Delivery (2005-2007)
Member, District 6A Grievance Committee, State Bar of Texas
Host Committee, Annual Access to Justice Gala
Member, Pro Bono College, State Bar of Texas
Sustaining Life Fellow, Texas Bar Foundation

**Selected Seminar Activities**

<u>Course Director</u>

State Bar of Texas 2018 Advanced Civil Appellate Course
State Bar of Texas 2017 Summer School Course
State Bar of Texas 2016 Opening Your First General Practice Course
State Bar of Texas 2015 Legal Writing to Win Course
State Bar of Texas 2015 Advanced Trial Strategies Course
State Bar of Texas 2014 Litigating the Constitution Course
State Bar of Texas 2014 Exceptional Legal Writing Course
State Bar of Texas 2013 Litigating the Constitution Course
State Bar of Texas 2013 Advanced Civil Appellate Practice Course
State Bar of Texas 2013 Advanced Legal Writing Course
State Bar of Texas 2012 Handling Your First Civil Appeal Course
State Bar of Texas 2012 Handling Your First Consumer Law Case Course
State Bar of Texas 2012 Bill of Rights Course
State Bar of Texas 2012 State Bar College Summer School Course
State Bar of Texas 2012 Advanced Consumer Law Course
State Bar of Texas 2011 State Bar Colleged Summer School Course
State Bar of Texas 2011 Bill of Rights Course
State Bar of Texas 2011 Handling Your First Civil Appeal Course

State Bar of Texas 2010 Bill of Rights Course
State Bar of Texas 2010 Winning Before Trial Course
State Bar of Texas 2009 Bill of Rights Course
State Bar of Texas 2008 Bill of Rights Course
State Bar of Texas 2008 Consumer & Commercial Law Course
State Bar of Texas 2007 Advanced Civil Trial Course
State Bar of Texas 2007 Advanced Consumer & Commercial Law Course
State Bar of Texas 2007 Bill of Rights Course
State Bar of Texas 2006 Advanced Consumer & Commercial Law Course
State Bar of Texas 2005 Advanced Consumer Law Course
Consumer Law Essentials, State Bar of Texas Consumer Law Section Pro Bono Seminar

<u>Speaker</u>

2019

*A Bit of the Ol' Razzle-Dazzle: Improving Legal Writing*
        State Bar of Wisconsin Legal Writing Course
*The Drafting and Ratification of the Constitution*
        State Bar of Wisconsin Constitutional Symposium
*Legal Writing: Lessons from the Bestseller List*
        State Bar of Texas Advanced Civil Trial Course
*An Update on the ICP Fair Housing Litigation*
        Texas Apartment Association Annual Conference
*First Amendment Panel*
        Dallas Bar Association
*120 Years of Briefing in the Supreme Court of Texas*
        State Bar of Texas Supreme Court History and Practice Course
*Preservation of Error for Appeal*
        State Bar of Texas Advanced Trial Strategies Course
*Update on the Law of Lawyering*
        State Bar of Texas Advanced Trial Strategies Course
        State Bar of Texas Litigation Update Institute
*Bernie: The True Story of an East Texas Murder*
        State Bar of Texas Litigation Update Institute
*Legal Writing: Lessons from the Bestseller List*
        National Hispanic Bar Assocation Annual Meeting

2018

*The Court and the Pledge: A Discussion of West Virginia v. Barnette*
        State Bar of Wisconsin Constitutional Law Symposium
*Legal Writing on Appeal*
        State Bar of Texas Civil Appellate Practice 101 Course

*Ethics and Fees in Family Law Cases*
> Tarrant County Bar Association Family Law Section Symposium

*Straight Outta Stevens Point: Hip-Hop, F-Bombs, and the Effective Use of Amicus Briefs in Constitutional Cases*
> State Bar of Wisconsin Constitutional Law Symposium

*The Texas Citizens Participation Act: A Panel Discussion*
> Dallas Bar Association Lunch Presentation

*Legal Writing in the Digital Era*
> State Bar of Wisconsin Legal Writing Course

*Legal Writing: Lessons from the Bestseller List*
> State Bar of Texas Fiduciary Litigation Course

*United States Supreme Court Update*
> State Bar of Texas Webcast

*Ethics in Attorney's Fees*
> State Bar of Texas Advanced Family Law Course

*Legal Writing for E-Filing*
> State Bar of Texas Advanced Consumer and Commercial Law Course

*Preservation of Error*
> State Bar of Texas Advanced Trial Strategies Course

*Attorney's Fees in Family Cases*
> State Bar of Texas Webcast

*West Virginia v. Barnette: A Live Oral Argument*
> State Bar of Texas Bill of Rights Course
> State Bar of Texas Annual Meeting

*Practice Before the United States Supreme Court: A Panel of Former Clerks*
> State Bar of Texas Bill of Rights Course

*Legal Writing for Government Lawyers*
> State Bar of Texas Government Law Course

*Legal Writing in the Digital Era*
> State Bar of Texas Annual Meeting

2017

*Student Speech Rights: The Demise of Tinker?*
> State Bar of Wisconsin Constitutional Symposium

*Back to the Beginning: Marbury v. Madison and the Roots of Judicial Review*
> State Bar of Wisconsin Constitutional Symposium

*Legal Writing for Paralegals*
> Tarrant County Paralegal Association

*A Live Oral Argument of Marbury v. Madison*
> State Bar of Texas Bill of Rights Course
> State Bar of Texas Annual Meeting

*Legal Writing: Lessons from the Bestseller List*
> State Bar of Texas Annual Meeting

*Tony Mauro on the U.S. Supreme Court*
>Southern Methodist University Dedman School of Law

*U.S. Supreme Court Update*
>Rockwall County Bar Association Bench Bar Conference

*Improving Legal Writing*
>Denton County Bar Association Bench Bar Conference

*Legal Writing Mechanics and Why You Should Care*
>State Bar of Texas Advanced Trial Strategies Course

*Error Preservation*
>State Bar of Texas Advanced Trial Strategies Course

*History's Forgotten Freedom: The History, Meaning, and Significance of the Petition Clause*
>State Bar of Texas History of Texas Supreme Court Jurisprudence Course

*Improving Appellate Briefs*
>State Bar of Texas Practice Before the Supreme Court of Texas Course

*Legal Writing Like Aaron Rogers*
>State Bar of Texas Advanced Consumer & Commercial Law Course

*Preserving Error During Trial*
>Dallas Bar Association Civil Trial Academy

*Legal Writing: Lessons from the Bestseller List*
>Wisconsin State Bar Know Your Writes Course

*Formatting E-Filed Pleadings*
>Wisconsin State Bar Know Your Writes Course

2016

*Legal Writing in the E-Filing Era*
>State Bar of Texas Advanced Civil Trial Course

*Practice Before the Texas Supreme Court*
>State Bar of Texas Advanced Family Law Course

*Percolating Conflicts in the Intermediate Appellate Courts*
>State Bar of Texas Advanced Consumer Law Course

*Droppin' Effective Amicus Briefs*
>State Bar of Texas Advanced Civil Appellate Course

*Theme Development in Briefs*
>State Bar of Texas Annual Meeting

*Representing the Unpopular Client*
>State Bar of Texas Annual Meeting

*Contracting for and Proving Ethical Attorney's Fees*
>State Bar of Texas Annual Meeting

*Legal Writing: Avoiding Amibuity*
>Minnesota Probate & Trust Conference

*Top 10 Things Not to Put in Real Estate Instruments*
>State Bar of Texas Advanced Real Estate Drafting Course

*Drafting Contracts to Avoid Ambiguity*
State Bar of Texas Advanced Business Law Course
*Prosecutorial Misconduct*
State Bar of Texas Bill of Rights Course
*Hip Hop and the First Amendment*
SMU American Constitution Society
*Droppin' An Amicus Brief*
Rockwall County Bar Association Bench Bar Conference
*Legal Writing: Lessons from the Bestseller List*
Dallas Bar Association Appellate Law Section
State Bar of Texas Advanced Civil Trial Course
State Bar of Texas Advanced Trial Strategies Course
State Bar of Texas Advanced Family Law Course
*Bernie: The True Story*
Denton County Bar Association Bench Bar Conference
*Prosecutorial Misconduct*
State Bar of Texas Bill of Rights Course
*History's Forgotten Freedom: The Petition Clause*
Wisconsin State Bar Bill of Rights Course
*Effective Appellate Advocacy*
State Bar of Texas Advanced Family Law Course
*Drafting Contracts (and Everything Else) to Avoid Ambiguity*
State Bar of Texas Essentials of Business Law Course

2015

*Prosecutorial Misconduct*
State Bar of Texas Annual Meeting
State Bar of Texas Summer School Course
*Obscenity: Is Anything Obscene Anymore?*
State Bar of Texas Bill of Rights Course
*Crafting Effective Documents for E-Filing*
State Bar of Texas Advanced Consumer Law Course
*Tips on Writing a Persuasive Brief*
State Bar of Texas Practice Before the Texas Supreme Court Course
*The Roberts Court and the Bill of Rights*
State Bar of Texas Government Law Boot Camp
*Legal Writing: Lessons from the Bestseller List*
Office of the Texas Attorney General
*Consumer Law Update*
State Bar of Texas Webcast
*Improving Legal Writing*
Rockwall County Bar Association Bench Bar Conference

2014

*Appellate Practice from A to Z*
        State Bar of Texas Advanced Consumer & Commercial Law Course
*The Roberts Court and the Bill of Rights*
        State Bar of Texas Suing and Defending Governmental Entities Course
*Legal Writing: The Good, the Bad, and the Plain Ugly*
        State Bar of Texas Advanced Civil Appellate Practice Course
*Legal Writing to Win*
        State Bar of Texas Annual Meeting
*Student Speech Rights*
        State Bar of Texas Litigating the Constitution Course
*Perceptions of Opinions: I Know What We Said, But What Did You Think We Meant?*
        Texas Appellate Judges Conference
*Persuading the Trial Judge*
        State Bar of Texas Advanced Trial Strategies Course
*Improving Legal Writing*
        Wisconsin State Bar Ethics Course
*Student Speech Rights*
        State Bar of Texas Litigating the Constitution Course
*Bernie: The True Story*
        Rockwall County Bench Bar Conference
*Writing Better Briefs*
        State Bar of Texas  Advanced Civil Appellate Practice Course
*Better Legal Writing*
        State Bar of Texas Advanced Workers Compensation Course
*Legal Writing*
        State Bar of Texas In-House Counsel Course

2013

*U.S. Supreme Court Update*
        Dallas Bar Association Bench Bar Conference
        State Bar of Texas State Bar College Summer School Course
*Improving Legal Writing*
        State Bar of Texas Practice Before the Supreme Court of Texas Course
*Exceptional Oral Arguments*
        State Bar of Texas Webcast
*Legal Writing: Lessons from the Bestseller List*
        State Bar of Texas Minority Counsel Program
        State Bar of Texas Advanced Civil Appellate Course
        State Bar of Texas Advanced Consumer & Commercial Law Course
        State Bar of Texas Advanced Workers Compensation Course
        State Bar of Texas Texas Bar College Summer School

2012

*U.S. Supreme Court Update*
State Bar of Texas Summer School Course
State Bar of Texas Annual Meeting
*Summary Judgments*
State Bar of Texas Advanced Family Law Course
*The Drafting of the Constitution*
State Bar of Texas Bill of Rights Course
State Bar of Texas Annual Meeting
*Appellate Advocacy*
State Bar of Texas Handling Your First Consumer Law Course
State Bar of Texas Advanced Consumer & Commercial Law Course
*Back to the Beginning: Marbury v. Madison and the Roots of Judicial Review*
State Bar of Texas Advanced Civil Appellate Course
*Summary Judgments in Divorce*
State Bar of Texas Advanced Family Law Course
*Readin' and Writin' Contracts in Plain English*
State Bar of Texas In-House Counsel Course
*Effective Motions*
State Bar of Texas Advanced Civil Trial Course
*The Blue Book: Why It Matters and How It Has Changed*
State Bar of Texas Texas Bar College Summer School Course
*Drafting An Appellate Brief*
Handling Your First Civil Appeal
*Back to the Beginning: Marbury v. Madison and the Roots of Judicial Review*
El Paso Bar Association Meeting

2011

*Drafting an Appellate Brief*
Handling Your First Civil Appeal
*A Return to the Founders' Intent? The U.S. Supreme Court Reexamines the Petition Clause*
State Bar of Texas Webcast
*Drafting Judgments: How to Avoid Being the Next Defendant*
State Bar of Texas Advanced Consumer Law Course
*Making Opinions Readable*
Texas College for Judicial Studies (Appellate Track)
*How to Stimulate Interest With Your Legal Writing*
State Bar of Texas Practice Before the Texas Supreme Court Course
*Appellate Writing: Ethics and Mechanics*
University of Texas Conference on State and Federal Appeals
*Texas Family Law Goes to Washington: Rhine v. Deatons in the U.S. Supreme Court*
Texas Association of Appellate Court Attorneys Annual CLE

*Common Contracting*
    University of Texas Corporate Counsel Course
*Effective Appellate Practice*
    State Bar of Texas Poverty Law Conference
*The Roberts Court and the Bill of Rights*
    State Bar of Texas Annual Meeting
    State Bar of Texas Summer School Course
    State Bar of Texas Bill of Rights Course
*Back to the Beginning: Marbury v. Madison and the Roots of Judicial Review*
    State Bar of Texas Bill of Rights Course
    State Bar of Texas Annual Meeting
    Collin County Bar Association  Bench Bar Conference

2010

*Do Students Still Have Any Speech Rights?: The Future of Tinker v. Des Moines*
    State Bar of Texas Webcast
    State Bar of Texas Annual Meeting
*Legal Writing on Appeal*
    National Summit of the Appellate Judges Education Institute
*The Ethics of Legal Writing*
    Wisconsin Bar Association Corporate Counsel Institute

*Back to the Beginning: Marbury v. Madison and the Roots of Judicial Review*
    State Bar of Texas Bill of Rights Course
    State Bar of Texas Annual Meeting
    Collin County Bar Association Bench Bar Conference
    Dallas Bar Association Bench Bar Conference
    Fort Worth Inns of Court
    State Bar of Texas Webcast
*Texas Family Law Goes to Washington: Rhine v. Deatons in the U.S. Supreme Court*
    Texas Association of Appellate Court Attorneys Annual CLE
    El Paso Bar Association
*The Effect of Evolving Technology on Legal Writing*
    Houston Young Lawyers Assocation Law Day
*Ex Parte Communications*
    State Bar of Texas Summer School Course
*Survey Says!: Texas Judges on Legal Writing*
    State Bar of Texas Winning Before Trial Course
*Effective Legal Writing Tips*
    State Bar of Texas Minority Attorney Program

2009

*American Eugenics: Buck v. Bell and the Roots of the Right to Privacy*
    State Bar of Texas Webcast
*Protecting Journalists' Sources: The New Texas Journalists' Shield Law*
    State Bar of Texas Webcast
*Hey! You Can't Write that in English! Improving Legal Writing for In-House Counsel*
    University of Texas Law School Corporate Counsel Course
*Litigating the Bill of Rights: Oral and Written Advocacy*
    State Bar of Texas Bill of Rights Course
*Improving Legal Writing on Appeal*
    State Bar of Texas Appellate Nuts and Bolts Course
*Effective Legal Writing Tips*
    State Bar of Texas  Minority Attorney Program
*Oral Advocacy Isn't Just for Appellate Courts: Effective Motion Presentation in the Trial Court*
    State Bar of Texas Advanced Consumer & Commercial Law Course

2008

*Improving Written Advocacy*
    National Association of Attorneys General, Consumer Protection Conference
*Improving Legal Writing on Appeal*
    State Bar of Texas Advanced Civil Appellate Course
*Appellate Advocacy: Effective and Practical Tips*
    State Bar of Texas State Bar College Summer School
*It Ain't Legal and Worse Than That, By God, It Ain't Right: Why Almost Everythng Family Law Attorneys Think They Know About Res Judicata is Wrong*
    State Bar of Texas Advanced Family Law Course
*America's Forgotten Freedom: The History, Meaning, and Significance of the First Amendment Petition Clause*
    State Bar of Texas Bill of Rights Course
    State Bar of Texas Annual Meeting
*Legal Writing in the Real World*
    State Bar of Texas  Success Strategies for Young Lawyers Course
*Hey! You Can't Write That in English! It's A Real Estate Instrument! Plain English in Real Estate Drafting*
    State Bar of Texas Advanced Real Estate Drafting Course
    Dallas Bar Association Real Estate Roundtable
*Ten Things NOT to Put in Contracts: Drafting Tips for Transactional Lawyers*
    State Bar of Texas Webcast

*Effective Legal Writing Tips*
> State Bar of Texas Minority Attorney Program
> Academy of International and American Law  International Program

**Partial Record of Non-Seminar Publications**

*Legal Lessons from the Hardwood*, Texas Bar Journal (2017)

*Tips for Oral Argument*, Dallas Bar Association Headnotes (2017)

*Tips for Formatting E-Filed Pleadings*, Wisconsin Bar Journal (2017)

*Texas Adopts Anti-SLAPP Statute*, State Bar College Bulletin (2012)

*Marbury v. Madison and the Roots of Judicial Review*, State Bar College Bulletin (2010)

*Legal Writing: Lessons from the Bestseller List*, 43 TEX. J. BUS. LAW 593 (2009)

*Consumer Law Update*, TEX. B.J. (January 2012)

*Consumer Law Update*, TEX. B.J. (January 2011)

*Consumer Law Update*, TEX. B.J. (January 2010)

*United States Supreme Court Update*, State Bar College Newsletter (2010)

*Survey Says…!: Texas Judges Comment on Legal Writing*, State Bar College Newsletter (2009)

*Consumer Law*, Texas Bar Journal (January 2009)

*Improving Legal Writing: The Use of Introductions*, State Bar College Newsletter (2009)

*Individual Rights & Responsibilities Section Update*, TEX. B.J. (July 2008)

*Consumer & Commercial Law Section Update*, TEX. B.J. (July 2007)

*Counseling Identity Theft Victims*, J. TEX. CONSUMER LAW (Summer 2006)

*Counseling Identity Theft Victims*, J. TEX. CONSUMER LAW (Spring 2005)

*Sovereign Immunity for Nuisance and Takings Claims After <u>City of Dallas v. Jennings</u>*, 58 SMU
> L. REV. 195 (Winter 2005)

*SLAPP-ed Around:  Defending Consumers from Retaliatory Litigation*, J. TEX. CONSUMER LAW
> (Fall 2004)

*Jewish Law and Healthcare Tort Reform*, ABA Journal of Health Law Litigation (January 2004)

*Investigators Beware: NLRB Expands Employee Rights During Investigations*, 6 The Texas
> Investigator 12 (July/August 2001)

*In the Name of the Father:  A Critique of Reliance on Jewish Law to Support the Moral
> Legitimacy of Capital Punishment* 78 UNIV. OF DETROIT MERCY L. REV. 41 (2000)

*Research of Jewish Law Issues:  A Basic Guide and Bibliography for Students and Practitioners*,
> 77 UNIV. OF DETROIT MERCY L. REV. 303 (2000)

*Computerized Background and Asset Checks*, in <u>Investigating Fraud</u> (Association of Certified
> Fraud Examiners, 1999)

*How to Analyze Red Flags*, in <u>Finding Fraud</u> (Association of Certified Fraud Examiners, 1999)

*External Fraud Schemes*, in <u>Finding Fraud</u> (Association of Certified Fraud Examiners, 1999)

*Through the Looking Glass:  A Brief Comment on the Short Life and Unhappy Demise of the
> <u>Singleton</u> Rule*, 27 N. KENTUCKY L. REV. 841 (2000)

*The Widening Gyre:  The Illusory Promise of Meaningful Judicial Review of ERISA Benefit
> Denials in the Fifth Circuit*, 25 SOUTHERN U. L. REV. 99 (1997)

*If I Had A Hammer:  Defending SLAPP Suits in Texas*, 3 Tex. Wesleyan L. Rev. 55 (1996)

*ADA Practitioners Beware*, 3 TEX. FORUM ON CIVIL RIGHTS AND CIVIL LIBERTIES 91 (1997)

*Dangerous Liaisons: Campus Racial Harassment Policies, the First Amendment, and the
      Efficacy of Suppression*, 11 WHITTIER L. REV. 697 (1991)
*Technical Foul: The Legality and Wisdom of NCAA Academic Requirements*, 20 LINCOLN L.
      REV. 71 (1991)
*Guess Who's Coming to America: An Analysis of United States HIV-Related Immigration
      Policies*, 32 WASHBURN L.J. 301 (1993)
*Miscommunication is Often the Basis of Harassment*, Today's Dallas Woman, September, 1994
*The Miseducation of Itzy Ribald*, JVElite.com (2007)
*Jewish Values and Coaching*, Jewish Sports Connection (2005)
*Yonder Scots Will Fight: Robert the Bruce and The Battle of Bannockburn*, HistoricBattles.com
*Presumption of Innocence is Crucial*, Lakeshore Times (August 29, 1996)
*Citizens Beware: You May Be SLAPPed*, Lakeshore Times (September 12, 1996)
*The Case of the Missing Defense*, Full Court Press (1991)
*NCAA Rules Need to be Reevaluated*, Full Court Press (1991)

## Record of Professional Experience

| | | |
|---|---|---|
| Johnston Tobey Baruch<br>      Dallas TX | Shareholder | 2015- |
| Alcuin Upper School | Boy's Basketball Coach | 2016- |
| The Law Office of Chad Baruch<br>      Rowlett TX | Owner/Attorney | 1998-2015 |
| Paul Quinn College<br>      Dallas TX | Men's Basketball Coach | 2013- |
| Abbott & Baruch<br>      Rowlett TX | Partner/Attorney | 1993-1998 |
| Yavneh Academy of Dallas<br>Dallas TX | Assistant Principal, Athletic<br>Director, Basketball Coach,<br>Government Teacher | 1996-2012 |
| University of Dallas<br>      Irving TX | Men's Basketball Coach | 1995-1996 |
| University of Dallas<br>      Irving TX | Assistant Men's Basketball Coach | 1994-1995 |
| Brookhaven College<br>      Farmers Branch TX | Adjunct Professor of Government | 1994-1996 |

| | | |
|---|---|---|
| Eastfield College<br>    Mesquite TX | Assistant Men's Basketball Coach | 1993-1994 |
| Dodge Associates<br>    Dallas TX | Attorney | 1993 |
| Conant Whittenburg Whittenburg<br>    & Schachter<br>    Dallas TX | Attorney | 1991-1993 |

**Representative Appellate Work**

United States Supreme Court:

*Rhine v. Deatons (In the Interest of J.C.)*, 250 S.W.3d 486 (Tex. App. – Fort Worth 2008, pet. denied), *cert. denied*, 130 S.Ct. 357 (2010):
Due process and equal protection challenge to Texas statute governing right to counsel in parental-rights termination proceedings; first case in American history in which U.S. Supreme Court requested briefing from a state solicitor general before making a cert. determination.

*Bell v. Itawamba Cnty. Sch. Bd.*, No. 15-666 (2015):
Wrote one of the most acclaimed briefs in American legal history representing what the New York Times called "a glittering array of hip hops stars." One newspaper called it "the greatest amicus brief in Supreme Court history."

State Supreme Courts:

*McIntyre v. El Paso Indep. Sch. Dist.*, 499 S.W.3d 820 (Tex. 2016)
Case establishing non-applicability of administrative exhaustion requirements to home school students.

*Staley Family Partnership v. Stiles*, 483 S.W.3d 545 (Tex. 2016)
Case concerning requirements for historical easement to public roadway.

State Intermediate Courts:

*Granbury Marina Hotel v. Berkel & Co. Constr.*, 473 S.W.3d 834 (Tex. App.—El Paso 2015, no pet.)
Obtained reversal of jury verdict in commercial construction case.

*Gossett v. NCUA*, 2016 Tex. App. LEXIS 8136 (Tex. App.—Dallas 2016, no pet.)
Obtained reversal of summary judgment and rendition of judgment in favor of consumer in collection case brought by lending entity.

*Highland Capital Mgmt., LP v. Looper Reed & McGraw, P.C.*, 2016 Tex. App. LEXIS 442 (Tex. App.—Dallas 2016, pet. denied)
Obtained affirmance of trial court's order in favor of attorneys sued for conspiracy and for aiding and abetting breach of fiduciary duty.

Federal Circuit Courts:

*Virgil v. Dretke*, 446 F.3d 598 (5th Cir. 2006)
Case concerning scope of Sixth Amendment right to effective assistance of counsel
*Palmer v. Waxahachie ISD*, 579 F.3d 502 (5th Cir. 2009)
Amicus work in case involving scope of student speech rights
*Jones Construction Co. v. Hoot General Construction Co.*, 613 F.3d 778 (8th Cir. 2010)
Case concerning sufficiency of contract formation
*Soignier v. Am. Bd. of Plastic Surgery*, 92 F.3d 547 (7th Cir. 1996)
Case establishing rule for accrual under ADA
*In re Velocita Worldwide Logistics, Inc.*, 608 F.3d 212 (5th Cir. 2010)
Case involving contribution among co-obligors under settlement agreement

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br>ANDREW GREENHUT,<br>　　　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO.: 19-10782 |

### CERTIFICATE OF SERVICE

I, Charles "Chad" Baruch, Esq., do hereby certify that I have this day served a copy of

the Application by Special Counsel Under 11 U.S.C. § 327(e) for the Debtor for Compensation

Under 11 U.S.C. §330(a) and MLBR Appendix 1, Rule 13-7 dated December 30, 2019, by First-

class mail postage paid and/or electronically via ECF on the persons listed below.


Date: January 3, 2020        /s/ Charles "Chad" Baruch, Esq.

**Johnston Tobey Baruch, P.C.**
Chad Baruch
State Bar No. 01864300
chad@jtlaw.com
12377 Merit Drive, Suite 880
Dallas, Texas 75251
Telephone: (214) 741-6260
Facsimile: (214) 741-6248

**PERSONS SERVED:**

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
(Served via CM/ECF)

**Barclays Bank Delaware**
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Chase Card Services**
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Christopher and Andrea Haas**
164R Summer Street
Arlington, MA 02474

**Deborah G. Hankinson, Esq.**
HANKINSON, PLLC
750 N. St. Paul Street, Ste. 1800
Dallas, TX 75201

**Elan Financial Service**
Attn: Bankruptcy
4801 Frederica Street
Owensboro, KY 42301

**Gita Srivastava**
5439 Edgehollow Place
Dallas, TX 75287

**Gloria and Alan Greenhut**
1560 45th Street
Brooklyn, NY 11219

**Harriet O'Neill , Esq.**
LAW OFFICE OF HARRIET O'NEILL, PC
919 Congress, Suite 1400
Austin, TX 78701

**Ike Vanden Eykel, Esq.**
KOONSFULLER, P.C.
1717 McKinney Ave., Suite 1500
Dallas, TX 75202

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Israel Suster, Esq.**
The Suster Law Group, PLLC
1316 Village Creek Drive, Suite 500
Plano, TX 75093

**Mass. Dept. of Revenue**
P.O. Box 9564
Boston, MA 02204

**Rick Thompson, Esq.**
KELLY, DURHAM & PITTARD L.L.P.
2223 W. Jefferson Boulevard
Dallas, TX 75208

**Rtn Federal Credit Union**
600 Main St
Waltham, MA 02452

**Wallace B. Jefferson, Esq.**
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND
515 Congress Avenue, Ste. 2350
Austin, TX 78701-3562

**Alex Mattera, Esq.**
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA 02110