NITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| In re<br>ANDREW GREENHUT,<br>　　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-10782-JEB |
|---|---|

**MOTION TO RESET HEARING ON
APPLICATION FOR COMPENSATION**

Charles "Chad" Baruch, Esq. Special Counsel to Debtor Andrew Greenhut, and requests the Court reset the hearing set for Thursday, February 27, 2020 at 12:00 PM, on his application for compensation. The basis for the request is as follows:

1. The underlying bill-of-review termination case involving the debtor, in which he is represented by the undersigned, is set for oral argument in the Supreme Court of Texas on the same day as the hearing in this Court, on February 27.

As a result, the undersigned asks that the Court reset the hearing on his application for payment for March 5, 12, 13, 19, or 20, 2020, or on such other date as the Court may choose.

Date: January 29, 2020.　　　　　　　/s/ Charles "Chad" Baruch, Esq.
　　　　　　　　　　　　　　　　　**Johnston Tobey Baruch, P.C.**
　　　　　　　　　　　　　　　　　Chad Baruch
　　　　　　　　　　　　　　　　　Texas Bar No. 01864300
　　　　　　　　　　　　　　　　　chad@jtlaw.com
　　　　　　　　　　　　　　　　　12377 Merit Drive, Suite 880
　　　　　　　　　　　　　　　　　Dallas, Texas 75251
　　　　　　　　　　　　　　　　　Telephone: (214) 741-6260
　　　　　　　　　　　　　　　　　Facsimile: (214) 741-6248

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>ANDREW GREENHUT,<br>　　　　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-10782-JEB |

### CERTIFICATE OF SERVICE

I, Michelle Spear, Legal Assistant, hereby certify that I have this day served a copy of the Motion to Reset Hearing attached hereto upon all persons listed below, by first-class mail, postage paid.

Date: 1/29/2020　　　　　　　　　　　　　　/s/ *Michelle Spear*
　　　　　　　　　　　　　　　　　　　　　　Michelle Spear

**Persons served:**

Office of the United States Trustee
1184 Federal Office Building
10 Causeway Street
Boston, Massachusetts 02222-1043

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109-3945

**Barclays Bank Delaware**
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Chase Card Services**
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Christopher and Andrea Haas**
164R Summer Street
Arlington, MA 02474

**Deborah G. Hankinson, Esq.**
HANKINSON, PLLC
750 N. St. Paul Street, Ste. 1800
Dallas, TX 75201

**Elan Financial Service**
Attn: Bankruptcy
4801 Frederica Street
Owensboro, KY 42301

**Gita Srivastava**
5439 Edgehollow Place
Dallas, TX 75287

**Gloria and Alan Greenhut**
1560 45th Street
Brooklyn, NY 11219

**Harriet O'Neill , Esq.**
LAW OFFICE OF HARRIET
O'NEILL, PC
919 Congress, Suite 1400
Austin, TX 78701

**Ike Vanden Eykel, Esq.**
KOONSFULLER, P.C.
1717 McKinney Ave., Suite 1500
Dallas, TX 75202

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Israel Suster, Esq.**
The Suster Law Group, PLLC
1316 Village Creek Drive, Suite 500
Plano, TX 75093

**Mass. Dept. of Revenue**
P.O. Box 9564
Boston, MA 02204

**Rick Thompson, Esq.**
KELLY, DURHAM & PITTARD L.L.P.
2223 W. Jefferson Boulevard
Dallas, TX 75208

**Rtn Federal Credit Union**
600 Main St
Waltham, MA 02452

**Wallace B. Jefferson, Esq.**
ALEXANDER DUBOSE JEFFERSON
& TOWNSEND
515 Congress Avenue, Ste. 2350
Austin, TX 78701-3562

**Alex Mattera, Esq.**
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA  02110

**Richard Greenhut**
21 Kingston Street
Somerville, MA 02144