UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>ANDREW GREENHUT,<br>                    Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 19-10782-JEB |

## NOTICE OF WITHDRAWAL OF
## APPLICATION FOR COMPENSATION

Charles "Chad" Baruch, Esq. Special Counsel to Debtor Andrew Greenhut, provides this notice that he is withdrawing his previously filed application for compensation.

Date: February 21, 2020.            /s/ Charles "Chad" Baruch, Esq.
                                                          **Johnston Tobey Baruch, P.C.**
                                                          Chad Baruch
                                                          Texas Bar No. 01864300
                                                          chad@jtlaw.com
                                                          12377 Merit Drive, Suite 880
                                                          Dallas, Texas 75251
                                                          Telephone: (214) 741-6260
                                                          Facsimile: (214) 741-6248

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
ANDREW GREENHUT,
                Debtor

IN PROCEEDINGS UNDER
CHAPTER 13
CASE NO. 19-10782-JEB

## CERTIFICATE OF SERVICE

I, Michelle Spear, Legal Assistant, hereby certify that I have this day served a copy of the Notice of Withdrawal of Application for Compensation attached hereto upon all persons listed below, by first-class mail, postage paid.

Date: 2/21/2020

/s/ *Michelle Spear*
Michelle Spear

**Persons served:**

**Office of the United States Trustee**
1184 Federal Office Building
10 Causeway Street
Boston, Massachusetts 02222-1043

**U.S. Bankruptcy Court**
Office of the Clerk
c/o Case Administrator
5 Post Office Squire, Suite 1150
Boston, MA 02109-3945

**Carolyn Bankowski, Esq.**
Chapter 13 Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109-3945

**Barclays Bank Delaware**
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Chase Card Services**
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Christopher and Andrea Haas**
164R Summer Street
Arlington, MA 02474

**Deborah G. Hankinson, Esq.**
HANKINSON, PLLC
750 N. St. Paul Street, Ste. 1800
Dallas, TX 75201

**Elan Financial Service**
Attn: Bankruptcy
4801 Frederica Street
Owensboro, KY 42301

**Gita Srivastava**
5439 Edgehollow Place
Dallas, TX 75287

**Gloria and Alan Greenhut**
1560 45th Street
Brooklyn, NY 11219

**Harriet O'Neill, Esq.**
LAW OFFICE OF HARRIET O'NEILL, PC
919 Congress, Suite 1400
Austin, TX 78701

**Ike Vanden Eykel, Esq.**
KOONSFULLER, P.C.
1717 McKinney Ave., Suite 1500
Dallas, TX 75202

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Israel Suster, Esq.**
The Suster Law Group, PLLC
1316 Village Creek Drive, Suite 500
Plano, TX 75093

**Mass. Dept. of Revenue**
P.O. Box 9564
Boston, MA 02204

**Rick Thompson, Esq.**
KELLY, DURHAM & PITTARD L.L.P.
2223 W. Jefferson Boulevard
Dallas, TX 75208

**Rtn Federal Credit Union**
600 Main St
Waltham, MA 02452

**Wallace B. Jefferson, Esq.**
ALEXANDER DUBOSE JEFFERSON
& TOWNSEND
515 Congress Avenue, Ste. 2350
Austin, TX 78701-3562

**Alex Mattera, Esq.**
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA 02110

**Richard Greenhut**
21 Kingston Street
Somerville, MA 02144