

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

ANDREW GREENHUT,
  Debtor

Ch. 13
19-10782-JEB

### Proceeding Memorandum

**MATTER:**
#163 Application for Compensation with certificate of service for Chad Baruch, Special Counsel, Period: 2/24/2020 to 3/5/2020, Fee: $9450.00, Expenses: $26.25

**Decision set forth more fully as follows:**

Hearing held. For the reasons set forth on the record, the Court finds that the legal services rendered by Mr. Baruch were of benefit to the Debtor and that the fees are reasonable and overrules the Objection. Mr. Baruch shall file and serve a supplement to the Application by **May 19, 2020** which includes all fees since his engagement by the estate, provides information on the source of any payments made since his engagement, and confirms whether the allowed fees will be paid by application of the retainer. Ms. Srivastava and the Chapter 13 Trustee may file any objections to the additional information provided in the supplement by **June 2, 2020**. The Court will rule on the Application after considering the supplement and any further objections.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 4/28/2020