

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>ANDREW GREENHUT,<br>     Debtor | Ch. 13<br>19-10782-JEB |

### Order

**MATTER:**

#163 Application for Compensation for Charles "Chad" Baruch, Special Counsel, Period: 2/24/2020 to 3/5/2020, Fee: $9450.00, Expenses: $26.25

#173 Supplement to Application for Compensation  (Re: 163 Application for Compensation)

The Court will hold a further hearing on this fee Application ("Fee Application") on **August 20, 2020 at 3:00 p.m.,** to consider certain inconsistencies in the pleadings. In his Affidavit accompanying the Amended Motion to Employ Special Counsel, Attorney Baruch ("Special Counsel") stated that he held a retainer of $9,505 and there was $10,575 unbilled work-in-progress as of the petition date. In the Fee Application, however, the retainer balance is reflected as $20,000.

Special Counsel shall file and serve by **August 18, 2020**, a further supplement to the Fee Application that includes the following information (i) the current balance of the retainer; (ii) any payments made to the retainer since the petition date; (iii) the source of such additional payments; and (iv) how the prepetition unbilled work-in-progress was handled.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 8/5/2020