

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

ANDREW GREENHUT,
    Debtor

Ch. 13
19-10782-JEB

## Proceeding Memorandum and Order

**MATTER:**
#187 Motion filed by Debtor Andrew Greenhut for Sanctions Under USC 28 Section 1927

**Decision set forth more fully as follows:**
Hearing held on August 20, 2020. For the reasons set forth on the record, the Motion is denied.

By the Court,

*/s/ Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 8/21/2020